# IN THE SUPREME COURT OF THE STATE OF NEVADA

MONIQUE VELASCO, A/K/A
MONIQUE EPPERSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MATHEW HARTER, DISTRICT JUDGE,
Respondents,
and
ANTONIO VELASCO,
Real Party in Interest.

No. 71823

FILED

JAN 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This is a pro se original petition for a writ of mandamus arising from a child custody action. On January 11, 2017, petitioner filed a motion to voluntarily withdraw the petition. Having considered the motion, we grant petitioner's request and we

ORDER the petition DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. Mathew Harter, District Judge
       Monique Velasco
       The Law Offices of Mandy J. McKellar
       Eighth District Court Clerk

17-01312